IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUSAN RIDLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) 1:21-CV-04571-SDG-RGV |
| CITY OF FOREST PARK, GA, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO STAY

The parties jointly move the Court to enter an order staying this action for sixty (60) days and conditionally extending the discovery period to facilitate the parties' potential resolution of the claims in this action. In support of this motion, the parties state as follows:

1. Plaintiff filed this action on November 4, 2021. (Doc. 1.)

2. After Defendant filed its answer, the discovery period began on March 10, 2022, and is currently scheduled to end on July 8, 2022. (Doc. 14.)

3. The parties, having engaged in some discovery and preliminary settlement discussions, believe there is a reasonable likelihood of resolving this matter without further litigation and would like to stay this action for sixty (60) days in order to participate in mediation, which has been scheduled for June 22, 2022.

Additionally, if a settlement is reached, the time encompassed by the stay would allow the parties to complete the necessary settlement documents and obtain the requisite approval of the governing body of Defendant City of Forest Park.

4. District courts have broad discretion to enter a stay so long as it is not indefinite in duration. *See CTI-Container Leasing Corp. v. Uiterwyk Corp.*, 685 F.2d 1284, 1288 (11th Cir. 1982).

5. There is good cause for the stay requested in this motion because staying this case will facilitate the parties' efforts to resolve this case without further expenditure of the Court's or the parties' respective resources. "[P]ublic policy strongly favors pretrial settlement in all types of litigation" because litigation "'can occupy a court's docket for years on end, depleting the resources of parties and the taxpayers while rendering meaningful relief increasingly elusive.'" *See Munford v. Munford*, Inc., 97 F.3d 449, 455 (11th Cir. 1996) (quoting *U.S. Oil & Gas v. Wolfson*, 967 F.2d 489, 493 (11th Cir. 1992)).

6. Either party may move the Court to terminate the stay upon good cause shown. If one of the parties moves to terminate the stay, or if the parties are unable to settle the case through mediation or otherwise during the stay, the parties would request a 60-day extension of the time in which to complete discovery following the termination or expiration of the stay.

## **CONCLUSION**

WHEREFORE, the parties hereby request that the Court stay this action for sixty (60) days to allow the parties to participate in mediation. Additionally, if either party moves to terminate the stay, or if the parties are unable to settle the case within the stay, they request a sixty (60) day extension of discovery following expiration of the stay. For the Court's convenience, a proposed order granting this relief is attached here to as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| David A. Cole | Rudjard Hayes |
| Ga. Bar No. 142383 | Ga. Bar No. 340329 |
| Shaheem M. Williams | Anita Clark |
| Ga. Bar No. 666654 | Ga. Bar No. 392235 |
| FREEMAN MATHIS & GARY, LLP | Sanchez Hayes & Associates, LLC |
| 100 Galleria Parkway | 1015 Tyrone Road |
| Suite 1600 | Suite 620 |
| Atlanta, GA 30339 | Tyrone, GA 30290 |
| T: (770) 818-000 | (770) 692-5020 |
| dcole@fmglaw.com | rudjard@sanchezhayeslaw.com |
| smwilliams@fmglaw.com | anita@theconsensusgroup.com |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **JOINT MOTION TO STAY** has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

*s/ David A. Cole*
David A. Cole
Georgia Bar No. 142383
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
E: dcole@fmglaw.com